AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| K. HANSOTIA & CO. INC., a Florida corporation | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. |
| GLOBAL MARKETING AND DISTRIBUTION AG, a Swiss corporation | ) ) ) ) ) | 15-cv-62358-Moreno/O'Sullivan |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GLOBAL MARKETING AND DISTRIBUTION AG
Dammstrasse 19
6301 Zug, Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Debra Deardourff Faulk
Gray Robinson, PA
401 East Jackson Street, Suite 2700
Tampa, Florida 33602
(813) 273-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 6, 2015

Steven M. Larimore
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts